UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carl Armstrong,

        Plaintiff,     Case No. 19-cv-10127

v.     Judith E. Levy
    United States District Judge

City of Detroit, Richard Billingslea, and Hakeem Patterson,     Mag. Judge Elizabeth A. Stafford

        Defendants.

_____/

**OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO RICHARD BILLINGSLEA [9]**

On June 18, 2019, a hearing was held on plaintiff Carl Armstrong's motion for default judgment as to defendant Richard Billingslea. For the reasons set forth on the record, the motion for default judgment (ECF No. 9) is **GRANTED** as to all counts except Count VI, Gross Negligence, in the amount of **$1,060,000.00** against Billingslea.

    IT IS SO ORDERED.

Dated: June 18, 2019     s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
        United States District Judge